THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Shantone D. Curry,       
Appellant.
 
 
 

Appeal From Charleston County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2003-UP-451
Submitted April 18, 2003  Filed 
 July 1, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Shantone D. Curry was convicted 
 of two counts of armed robbery.  The judge sentenced him to seventeen years 
 on one count and ten years, concurrent, on the other count.  Currys appellate 
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 
 (1967).  Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Curry 
 did not file a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.